## HEWITT et al. v. FIELD et al.

THIS case, which was brought up from the Commercial Court of New Orleans, *Watts,* J., on an appeal by the plaintiffs from a decision in favor of the intervenors, *Corning & Co.*, presented the same question as that determined *in the case of Fetter et al.* v. *Field et al.*, on the intervention of the same par-

---

* The judgment below was in favor of the plaintiffs.

ties.   The judgment below was, accordingly, reversed, the intervention dis-   HEWITT
missed, and the plaintiffs ordered to be paid by privilege out of the proceeds of      *v.*
the property sequestered.                                                        FIELD.

   *C. M. Jones*, for the appellants.   *C. M. Randall*, for defendants.   *Wharton,*
*Benjamin* and *Micou*, for the intevenors.